JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ISRAEL DUENAS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R. GODWIN, Warden,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-04873-CAS (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 15, 2022

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge